```
BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-CV-00987-LKK-DAD |
| ) | |
| Plaintiff, ) | STIPULATION FOR DISMISSAL |
| ) | WITH PREJUDICE AND ORDER |
| v. ) | CERTIFICATE OF |
| ) | REASONABLE CAUSE |
| REAL PROPERTY LOCATED AT 1629 ) | |
| CITRUS STREET, WEST SACRAMENTO, ) | |
| CALIFORNIA, YOLO COUNTY, ) | |
| APN: 014-460-16, INCLUDING ) | |
| ALL APPURTENANCES AND ) | |
| IMPROVEMENTS THERETO, ) | |
| ) | |
| Defendant. ) | |

It is hereby stipulated by and between plaintiff United States of America, claimant Miguel Vasquez, Jr. (hereafter "Vasquez"), and claimant First Mortgage Corporation, by and through their respective counsel of record, as follows:

1. The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. The parties are to bear their own costs and attorney fees.

3. There was probable cause for the posting of the

1

defendant real property, and for the commencement and prosecution of this forfeiture action, and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED: 8/31/10                    BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ Kristin S. Door
                                  KRISTIN S. DOOR
                                  Assistant U.S. Attorney


DATED: 8/11/10                    /s/ Miguel Vasquez
                                  MIGUEL VASQUEZ, JR.
                                  Claimant


DATED: 8/11/10                    /s/ Bruce Locke
                                  BRUCE LOCKE
                                  Attorney for Claimant Miguel
                                  Vasquez, Jr.

                                  LA FOLLETTE, JOHNSON,
                                  DE HAAS, FELSER & AMES


DATED: 6/17/2010                  /s/ John R. Haluck
                                  JOHN R. HALUCK
                                  Attorneys for First Mortgage
                                  Corporation
                        (Original signatures retained by attorney)

IT IS SO ORDERED.

Dated: September 1, 2010.

                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed May 6, 2008, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

Dated: September 1, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT